UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO OCHOA FIERROS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN K. MCALEENAN, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-01515-LJO-SKO<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 8) |

On December 19, 2019, the parties filed a stipulation requesting to extend Defendants' deadline to respond to the complaint by 45 days and continue the February 4, 2020 scheduling conference to a later date. (Doc. 8.) Upon review of the parties' stipulation, for good cause shown, the Court GRANTS the parties request.

Accordingly, IT IS ORDERED:

1. Defendants shall respond to the complaint by no later than February 5, 2020.

2. The initial scheduling conference is CONTINUED to March 12, 2020 at 9:30 a.m. By no later than March 5, 2020, the parties shall file a joint scheduling report.

IT IS SO ORDERED.

Dated: __**December 23, 2019**__　　　　　　　　/s/ *Sheila K. Oberto*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE