UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO OCHOA FIERROS,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants | No. 1:19-cv-01515-NONE-SKO<br><br><u>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE THE CASE</u><br><br>(Doc. No. 28) |

On October 25, 2019, plaintiff Roberto Ochoa Fierros filed a complaint seeking review of the denial of his application for adjustment of status pursuant to § 245 of the Immigration and Nationality Act, 8 U.S.C. § 1255. (Doc. No. 1.)

On January 22, 2020, defendants Kevin K. McAleenan, the former Acting Secretary of the Department of Homeland Security[1], and Lynn Q. Feldman, field officer director for the Fresno office of the United States Citizenship and Immigration Services, filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 10.) On August 11, 2021, the court granted the motion to dismiss, with leave to amend. (Doc. No. 25.) Plaintiff was granted thirty days leave to file an amended complaint "to the extent plaintiff can in good faith assert a

---

[1] Alejandro Mayorkas, who was sworn in as Secretary of the Department of Homeland Security on February 2, 2021, was substituted as a defendant in this action in place of named defendant McAleenan. *See* Doc. No. 25 at 1 n.1; Fed. R. Civ. P. 25(d) (when public officer ceases to hold office, "[t]he officer's successor is automatically substituted as a party" and "[t]he court may order substitution at any time").

cognizable claim for relief." (*See id.* at 9–10.)  No amended complaint was filed during the allotted time.  (*See* Docket.)

On September 23, 2021, the assigned magistrate judge issued an order to show cause why a recommendation should not issue for this action to be dismissed for plaintiff's failure to comply with the court's August 11, 2021 order by not filing an amended complaint within the specified period and for failure to prosecute.  (Doc. No. 27.)  On October 6, 2021, plaintiff filed a response to the order show cause, explaining that no amended complaint was filed because no cognizable claim for relief can be asserted.  (Doc. No. 28.)  Plaintiff requested that the court "enter judgment based on the granting of the Government's motion to dismiss as the time for him to file an amended complaint has expired and therefore the granting of the motion is final resolution of the matter." (*See id.* at 4.)

Accordingly, IT IS HEREBY ORDERED that:

1. The court's September 23, 2021 order to show cause is discharged;
2. The action is dismissed, with prejudice, due to plaintiff's failure to state a cognizable claim (*see* Doc. No. 25); and
3. The Clerk of the Court is directed to assign a district judge to this matter for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated:  **October 13, 2021**

_____
UNITED STATES DISTRICT JUDGE

2